UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61178-CIV-ZLOCH

MARCIO LIRA,

    Plaintiff,

vs.

MATTHEW'S MARINE AIR
CONDITIONERS, INC. and
RICHARD PINNELL,

    Defendants.
_____/

**V E R D I C T**

    WE, the Jury, return the following Verdict:

    1. Do you find, by a preponderance of the evidence, that Defendant Matthew's Marine Air Conditioners, Inc. is an "enterprise" covered by the Fair Labor Standards Act?

    Yes_____          No__X_____

**[NOTE:** If you answered "NO" to Question No. 1, your Verdict is for the Defendants in this matter and you need not answer any of the remaining questions. Date and sign this Verdict form, and advise the Marshal that you have reached your Verdict. If you answered "YES" to Question No. 1, please proceed to Question No. 2.]

    2. Do you find, by a preponderance of the evidence, that Plaintiff Marcio Lira worked more than forty hours in any workweek without being paid the overtime wage required by law?

    Yes_____          No_____

[**NOTE:** If you answered "NO" to Question No. 2, your Verdict is for the Defendants in this matter and you need not answer any of the remaining questions. Date and sign this Verdict form, and advise the Marshal that you have reached your Verdict. If you answered "YES" to Question No. 2, please proceed to Question No. 3.]

3. What amount of overtime compensation, if any, should the Plaintiff Marcio Lira be awarded?

$ _____

[**NOTE:** Proceed to Question 4.]

4. Do you find, by a preponderance of the evidence, that Defendant Richard Pinnell is an "employer" under the Fair Labor Standards Act?

Yes_____          No_____


SO SAY WE ALL:

_____10/27/10_____          _____/s/ Jury Foreperson_____
         DATE                              JURY FOREPERSON

2